STATE

v.

MORRIS

20170699

Supreme Court of Utah.

12-05-2017

20150187, 400 P.3d 1183

Petition for Writ of Certiorari Denied.

STATE

v.

ZAHN

20170757

Supreme Court of Utah.

11-20-2017

20160530

Petition for Writ of Certiorari Denied.

STATE

v.

SARGENT

20170747

Supreme Court of Utah.

11-14-2017

20160687

Petition for Writ of Certiorari Denied.

STATE

v.

YAZZIE

20170765

Supreme Court of Utah.

12-05-2017

20150945, 402 P.3d 165

Petition for Writ of Certiorari Denied.